IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RENE MACIAS,

    Petitioner,               No. CIV S-10-1399 GEB JFM (TEMP) P

    vs.

GARY SWARTHOUT,

    Respondent.             <u>ORDER</u>

                                  /

Petitioner seeks leave to submit supplemental briefing addressing <u>Swarthout v. Cooke</u>, 131 S. Ct. 859 (2011).  Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for leave to submit supplemental briefing (#13) is granted; and

2. The parties may submit supplemental and simultaneous briefing addressing <u>Swarthout v. Cooke</u>, 131 S. Ct. 859 (2011) within fourteen days of this order.

DATED: March 25, 2011.

                                              UNITED STATES MAGISTRATE JUDGE

kc/maic1399.fb